(32 Misc. Rep. 693.)

### SECKEL v. SIFF.

(Supreme Court, Appellate Term. November 9, 1900.)

CONTRACT OF SALE—BREACH—MEASURE OF DAMAGES.

In an action for breach of contract for failure to deliver certain personal property, the measure of damages is the difference between the contract price and the price of the goods in open market.

Appeal from municipal court, borough of Manhattan.

Action by Abraham Seckel against Nathan Siff to recover for breach of contract. From a judgment in favor of plaintiff, defendant appeals. Reversed.

Argued before TRUAX, P. J., and DUGRO and SCOTT, JJ.

W. Klingenstein, for appellant.

M. Meyer, for respondent.

PER CURIAM. This action was brought to recover damages for breach of contract in failure to deliver certain personal property. There is no evidence of damage. The fact that the plaintiff's assignor was compelled to pay more for the goods than the defendant had contracted to sell them for does not establish the measure of damages. The measure of damages was the difference between the contract price and the price of the goods in open market. The evidence does not show this price. Judgment reversed, and new trial ordered, with costs.